PROB 12C
8/08

UNITED STATES DISTRICT COURT

for

Arizona

Petition for Warrant

*FILED / RECEIVED — OCT 13 2011 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA — BY _____ DEPUTY*

*SEALED*

| | | | |
|---|---|---|---|
| Name of Offender: | **Luis Stephan GARCIA** | Case No.: | **08CR00130-001-PHX-FJM** |
| Name of Judicial Officer: | **The Honorable Frederick J. Martone, U.S. District Judge** | | |
| Date of Original Sentence: | **12/15/2009** | | |
| Original Offense: | **Count 1:    Destruction of Letter Boxes or Mail, 18 USC § 1705, a Class E felony.** | | |
| Original Sentence: | **24 months Bureau of Prisons, 12 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: | **04/28/2011** |
| | | Date Supervision Expires: | **04/27/2012** |
| Assistant U.S. Attorney: | **Mark Brnovich** (602) 514-7500 | Defense Attorney: | **Craig S. Orent (AFPD)** (602) 382-2700 |

Petitioning the Court to issue a Warrant

The probation officer alleges Luis Stephan GARCIA has violated the following condition(s) of supervision:

| **CONDITION VIOLATED** | **NATURE OF NON-COMPLIANCE** |
|---|---|
| A) <u>Standard Condition No. 9</u>: *You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.* | 1) Garcia used marijuana and cocaine on or about May 31, 2011, as evidenced by his written admission and laboratory test results. Grade C violation §7B1.1(a)(3).<br><br>2) Garcia used methamphetamine and marijuana on or about July 28, 2011, as evidenced by his written admission of July 28, 2011. Grade C violation §7B1.1(a)(3).<br><br>3) Garcia used marijuana on or about August 1, 2011, as evidenced by laboratory test results Grade C violation §7B1.1(a)(3). |

| | |
|---|---|
| | 4) Garcia used methamphetamine on or about August 8, 2011, as evidenced by laboratory test results Grade C violation §7B1.1(a)(3). |
| | 5) Garcia used methamphetamine and marijuana on or about September 24 and September 25, 2011, as evidenced by his written admission. Grade C violation §7B1.1(a)(3). |
| B) <u>Special Condition No. 1:</u> *You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.* | 1) Garcia failed to participate in residential substance abuse treatment at Crossroads, Inc. He was unsuccessfully discharged from the program on September 24, 2011. Grade C violation §7B1.1(a)(3). |

GARCIA, Luis Stephan
Petition to Revoke
October 11, 2011

**U.S. Probation Officer Recommendation and Justification**

Garcia has violated the trust of the Court. A warrant is recommended as Garcia is a flight risk and a danger based on his criminal record, drug use, and previously absconding while on pretrial supervision.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

| _(signature)_ 10/11/2011 | _(signature)_ 10/11/2011 |
| --- | --- |
| David Gardner                           Date | Donna J. Salazar                            Date |
| Senior U.S. Probation Officer | Supervisory U.S. Probation Officer |
| Office Phone: (602) 682-4358 | Office Phone: (602) 322-7455 |
| Cell Phone:    (602) 725-3621 | Cell Phone:    (520) 631-5135 |

The Court Orders

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_(signature)_                                    10-12-11
The Honorable Frederick J. Martone             Date
U.S. District Judge

RECEIVED
US MARSHALS SERVICE
DIST-AZ/PHOENIX
2011 OCT 13 PM 2:27